IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM BISHOP and HOWARD BISHOP | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-4550 |
| SAM'S EAST, INC., ET AL. | : | |

**ORDER**

AND NOW, this 23rd day of June, 2009, upon consideration of Plaintiff's Motion for Remand (Doc. No. 4), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.